UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JESUS GARCIA LEE                                                                PLAINTIFF

VERSUS                                            CIVIL ACTION NO. 1:15CV229-RHW

REGINA REED et al                                              DEFENDANTS

## **FINAL JUDGMENT**

In accordance with the requirement for a separate document pursuant to Federal Rule of Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court granting Defendants' motion for summary judgment, the Court hereby enters its Final Judgment in the above-captioned matter.

It is ordered that Defendants [45] Motion for Summary Judgment is GRANTED and that Plaintiff's 42 U.S.C. § 1983 complaint is DISMISSED without prejudice.

SO ORDERED AND ADJUDGED, this the 19th day of October, 2017.

                                                                 /s/ *Robert H. Walker*
                                                                 ROBERT H. WALKER
                                                                 UNITED STATES MAGISTRATE JUDGE